IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case Nos.: 3:13cr6/RV/EMT
3:16cv402/RV/EMT

CORINE D. MOTLEY
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 7, 2017 (ECF No. 146). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  The amended motion to vacate, set aside, or correct sentence (ECF No. 140) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 11th day of December, 2017.

                        /s/ *Roger Vinson*
                        **ROGER VINSON**
                        **SENIOR UNITED STATES DISTRICT JUDGE**